IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Terri Shaw, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 2:15-cv-01456 |
| | ) |
| OhioHealth Corporation, | ) Judge Marbley |
| | ) |
| Defendant. | ) Magistrate Judge Kemp |
| | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Terri Shaw hereby dismisses with prejudice her action against Defendant OhioHealth Corporation.

Respectfully submitted,

*/s/ Lindsey D'Andrea* (per email authorization)
M. J. Asensio (0030777)
masensio@bakerlaw.com
Lindsey D'Andrea (0085262)
ldandrea@bakerlaw.com
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215-4260
Telephone: 614.228.1541
Facsimile: 614.462.2616

*Attorneys for Defendant*

*/s/ Rachel Sabo* _____
Rachel A. Sabo (0089226)
rachel@thefriedmannfirm.com
The Friedmann Firm LLC
1457 S. High Street
Columbus, Ohio 43207
Telephone: 614.610.9757
Facsimile: 614.737.9812

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on January 13, 2016. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Rachel Sabo*